# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BASIT MIAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, J.D. POWER, and MITCHELL INTERNATIONAL, INC.,<br><br>Defendants. | Civil Action No.<br><br>________ cv _____________ |

**LIST OF ALL COUNSEL OF RECORD**

**1. Attorneys for Plaintiff Basit Mian**

Barbara J. Gardner
Gardner Employment Law
2100 West Loop South #1125
Houston, TX 77027
barbara@gardneremploymentlaw.com
Phone: (832) 834-3210

Jonathan H. Waller
Waller Law Office, PC
2001 Park Place, Suite 900
Birmingham, AL 35203
jwaller@waller-law.com
Phone: (205) 313-7330

Jonathan B. Cohen
John A Yanchunis
Morgan & Morgan
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
jcohen@forthepeople.com
jyanchunis@forthepeople.com
Phone: (813) 223-5505

**2. Attorneys for Progressive County Mutual Insurance Company**

Jeremiah J. Anderson
KING & SPALDING LLP
1100 Louisiana Street
Suite 4000
Houston, TX 77002
jjanderson@kslaw.com
Phone: (713) 276-7417

Jeffrey S. Cashdan
Zachary A. McEntyre
KING & SPALDING LLP
1180 Peachtree St. NE
Atlanta, Georgia 30309
jcashdan@kslaw.com
zmcentyre@kslaw.com
Phone: (404) 572-4600

Julia C. Barrett
KING & SPALDING LLP
500 W. 2nd Street
Suite 1800
Austin, Texas 78701
jbarrett@kslaw.com
Phone: (512) 457-2000