United States District Court
Southern District of Texas
**ENTERED**
March 19, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BASIT MIAN, on behalf of himself and all others similarly situated, Plaintiff, v. PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, J.D. POWER, and MITCHELL INTERNATIONAL, INC., Defendants. | CASE NO. 4:20-CV-00536 |

## AMENDED ORDER FOR INITIAL PRETRIAL CONFERENCE

Defendants Progressive County Mutual Insurance Company, J.D. Power, and Mitchell International, Inc. filed motions to dismiss on March 18, 2020 [Doc. # 19 and Doc. # 21]. These motions will not be full briefed until April 15, 2020. It is hereby

**ORDERED** that the initial pretrial conference scheduled for April 14, 2020, is **RESCHEDULED** to **May 12, 2020**, at **1:00 p.m.** It is further

**ORDERED** that the deadline for the parties' Joint Discovery/Case Management Plan is extended to **May 5, 2020.**

SIGNED at Houston, Texas, this 19th day of **March, 2020**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE