United States District Court
Southern District of Texas
**ENTERED**
May 18, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BASIT MIAN, on behalf of himself and all others similarly situated, § § § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | CASE NO. 4:20-CV-00536 |
| § | | |
| PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, J.D. POWER, and MITCHELL INTERNATIONAL, INC., § § § § § | | |
| Defendants. § | | |

## <u>ORDER FURTHER RESETTING INITIAL PRETRIAL CONFERENCE</u>

Defendants Progressive County Mutual Insurance Company, J.D. Power, and Mitchell International, Inc. ("Defendants") filed motions to dismiss on March 18, 2020 [Doc. # 19 and Doc. # 21]. On April 7, 2020, the Court granted the parties' Joint Motion to Stay and to Extend Briefing Deadlines due to the COVID-19 pandemic [Doc. # 32]. As a result, Defendants' motions to dismiss were not fully briefed until May 14, 2020. It is hereby

**ORDERED** that the initial pretrial conference scheduled for May 26, 2020, is **RESCHEDULED** to **June 9, 2020**, at **2:30 p.m.** It is further

**ORDERED** that the deadline for the parties' Joint Discovery/Case Management Plan is extended to **June 2, 2020.**

P:\ORDERS\SHELIA\536RESETIPTC.DOCX   200518.1622

SIGNED at Houston, Texas, this 18th day of **May, 2020**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE