IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BASIT MIAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:20-00536 |
| § | |
| PROGRESSIVE COUNTY MUTUAL § | |
| INSURANCE COMPANY, J.D. POWER, and § | |
| MITCHELL INTERNATIONAL, INC., § | |
| § | |
| Defendants. § | |

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY**
**AND**
**NOTICE OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS MITCHELL AND J.D. POWER**

Notice is hereby given that Plaintiff Basit Mian and Defendant Progressive County Mutual Insurance Company have reached a settlement in principle. Upon final execution of the settlement, and within 45 days, the parties anticipate filing a Request for Dismissal of Defendant Progressive County Mutual Insurance Company with prejudice.

Notice also is hereby given that, pursuant to the Court's Order [Doc. #43] dated June 11, 2020, Plaintiff Mian will request dismissal of his claims against Defendants Mitchell International, Inc. and J.D. Power without prejudice, within 45 days of the execution of the aforementioned settlement between Plaintiff and Progressive.

Dated: November 19, 2020

Respectfully submitted,

*/s/ Jonathan H. Waller*
Jonathan H. Waller
WALLER LAW OFFICE, PC
2001 Park Place, Suite 900
Birmingham, AL 35203
Telephone: (205) 313-7330
jwaller@waller-law.com

John A. Yanchunis
Ryan J. McGee
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 222-2434
jcohen@forthepeople.com
jyanchunis@forthepeople.com

Barbara J. Gardner
Attorney at Law
2100 West Loop South #1125
Houston, TX 77027
Telephone: (832) 834-3210
Facsimile: (832) 998-8118
Barbara@GardnerEmploymentLaw.com

***Attorneys for Plaintiff***


*/s/ Jeremiah J. Anderson*
Jeremiah J Anderson
KING SPALDING LLP
1100 Louisiana, Suite 4000
Houston, TX 77002
Telephone: 713-751-3200
Facsimile: 713-751-3290
jjanderson@kslaw.com

Jeffrey S Cashdan (admitted *pro hac vice*)
Zachary A McEntyre (admitted *pro hac vice*)
KING SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
Telephone: 404-572-3499

jcashdan@kslaw.com
zmcentyre@kslaw.com

Julia C Barrett (admitted *pro hac vice*)
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, Tx 78701
Telephone: 512-457-2052
jbarrett@kslaw.com

***Attorneys for Defendant Progressive County Mutual Insurance Company***


/s/ Gavin E. Hill
Gavin E. Hill
*Attorney-in-charge*
State Bar No. 00796756
Southern District Id: 34986
ghill@dykema.com
Christopher Kratovil
State Bar No. 24027427
Southern District Id: 623302
ckratovil@dykema.com
DYKEMA GOSSETT PLLC
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6467
Facsimile: (855) 223-2760

***Attorneys for Defendants J.D. Power and Mitchell International, Inc.***

## CERTIFICATE OF SERVICE

On November 19, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing systemof the Court. I hereby certify that all parties were served via electronic case filing, email, or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2) or the local rules.

Dated: November 19, 2020            */s/ Jeremiah J. Anderson*
                                    Jeremiah J. Anderson

37746861