United States District Court
Southern District of Texas
**ENTERED**
November 20, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BASIT MIAN, on behalf of himself and all others similarly situated,<br>　　　　Plaintiff,<br><br>v.<br><br>PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, J.D. POWER, and MITCHELL INTERNATIONAL, INC.,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 4:20-CV-00536 |

## ORDER

The Court has been advised that a settlement has been reached between Plaintiff and Defendants. As a result, the Court **DISMISSES** this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **January 4, 2021,** that the settlement could not be completely documented and finalized.

SIGNED at Houston, Texas, this 20th day of **November , 2020.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\1-2020\536CDO.docx  201120.1029